GENERAL ELECTRIC COMPANY, A CORPORATION, *Plaintiff in Error,* v. PORTER CARROLL HARDWARE COMPANY, A CORPORATION, *Defendant in Error.*

Division B.

Decision Filed December 5, 1927.

*James H. Finch,* for Plaintiff in Error;

No appearance for Defendant in Error.

PER CURIAM.—The judgment in this case should be reversed on authority of the opinion in the case of Walters & Walker v. Whitlock, 9 Fla. 86, and it is so ordered.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.